IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-01-029 |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW UNION PACIFIC RAILROAD COMPANY, improperly named as MISSOURI PACIFIC RAILROAD COMPANY in Plaintiff's Original Petition, Defendant herein, and files this Certificate of Financially Interested Persons and states that, at this time, it is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than Plaintiff Manuel Candanoza and Defendant Union Pacific Railroad Company

3

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
Attorney-in-Charge
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT, UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

> Douglas M. McMaster
> Post Office Box 531766
> Harlingen, Texas 78553
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the <u>2nd</u> day of March, 2001.

_____
Jaime A. Saenz