4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Manuel Candanoza, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. B-01-29 |
| Missouri Pacific Railroad Company, | § § § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED, that on May 2, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management through trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

Therefore, the current Notice of Hearing [Dkt. No. 2] for initial pretrial conference in this Court is moot, as the Parties will receive notice to appear before Judge Recio.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 2nd day of May 2001.

Hilda G. Tagle
United States District Judge

1