5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

MANUEL CANDANOZA          *
                          *
    VS                    *    C.A. NO. B-01-029
                          *
MISSOURI PACIFIC RAILROAD CO.  *

## ORDER SETTING CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby set for **May 23, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this ____ day of May 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison,
Brownsville, Texas 78520
956/548-2701