7

===============================================================

# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

===============================================================

MANUEL CANDANOZA

§
§
versus § CIVIL ACTION NO. B-01-029
§
MISSOURI PACIFIC RAILROAD COMPANY §

United States District Court
Southern District of Texas
ENTERED

MAY 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| R PatR  Robert Patrick Rodriguez | Union Pacific Railroad | 5/23/01 |
| Douglas M. Master  Douglas McMaster   Manuel Candanoza | | 5/23/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

5/23/01
Date

United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**