

# Felix Recio, U.S. Magistrate Judge
## Southern District of Texas, Brownsville Division

Law Clerk:     Jessica R Dart

United States District Court
Southern District of Texas
FILED

MAY 2 3 2001

Date:     May 23, 2001, 11:00 am

Michael N. Milby
Clerk of Court

------------------------------------------------------------------
### C.A. NO. B-01-029 (HGT)
------------------------------------------------------------------

MANUEL CANDANOZA               *     Douglas M McMaster
    vs                         *
MISSOURI PACIFIC RAILROAD COMPANY  *  Jaime A Saenz & R Patrick Rodriguez
------------------------------------------------------------------

### INITIAL PRETRIAL CONFERENCE

Conference held with attorneys McMaster and Rodriguez.

636(c) consent submitted.

The parties agreed to a scheduling order.  An order shall be issued.

ClibPDF - www.fastio.com