9

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

MANUEL CANDANOZA §

    VS § CIVIL ACTION NO. B-01-029
                                                 (636(c))

MISSOURI PACIFIC RAILROAD COMPANY §

United States District Court
Southern District of Texas
ENTERED
MAY 2 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.     ☐ Bench  ☒ Jury

2. Rule 26 disclosures are due by:     **June 12, 2001**

3. New parties must be joined by:     **September 24, 2001**
   *Furnish a copy of this scheduling order to new parties.*

4. The plaintiff(s)' experts will be named with a report furnished by: **October 24, 2001**

5. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   **November 23, 2001**

6. Discovery must be completed by:     **January 23, 2002**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

7. Dispositive motions will be filed by:     **February 25, 2002**

*************************************************************************

8. Joint pretrial order is due:     **February 25, 2002**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

9. Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:   **March 7, 2002**
   *The case will remain on standby until tried.*

10. The jury trial selection set before Judge Recio at 9:00 a.m. on:   **March 8, 2002**

11. Jury trial date will be set after jury selection.

    Signed __May 23, 2001__, at Brownsville, Texas.

                                                                Felix Recio
                                                       United States Magistrate Judge