

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

**OCT 0 3** 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY
## RESPONSES AND RULE 26 DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Union Pacific Railroad Company (hereinafter referred to as "Defendant" or "Union Pacific") improperly named as MISSOURI PACIFIC RAILROAD COMPANY in Plaintiff's Original Petition, and, pursuant to Federal Rule of Civil Procedure 37, files this its Motion to Compel Discovery Responses and Rule 26 Disclosures, and in support thereof, would show the Court as follows:

### I.

On May 23, 2001, the Court held an initial pretrial conference in this case. At that hearing, the Court and the parties discussed and agreed upon a schedule of various deadlines for this action. The next day, the Court issued its Scheduling Order setting forth these various deadlines. (See Sched. Ord.). Pursuant to this Court's Scheduling Order, discovery will close on January 23, 2002. Id., at ¶ 6. In order to diligently pursue

CutePDF - www.fxdio.com

discovery, Defendant propounded by certified mail, Interrogatories and Requests for Production to Plaintiff on May 30, 2001. See Interrogatory and Request for Production Letter, attached as Exhibit "A".   Accordingly, Plaintiff's Answers to Interrogatories and Responses to Defendant's Request for Production were due on or before July 4, 2001. See FED. R. CIV. P. 33, 34. Plaintiff, however, failed to answer Union Pacific's outstanding discovery requests by their July 4, 2001 due date.[1]   Given his failure to timely object to the written discovery requests, Plaintiff has waived his objections to Union Pacific's interrogatories and requests for production. In re UNITED STATES, 864 F.2d 1153, 1156 (5th Cir. 1989) (explaining that "when a party fails to object timely to interrogatories, production requests, or other discovery efforts, objections thereto are waived.")

   In addition, paragraph no. 2 of the Courts Scheduling Order instructed the parties that Rule 26 disclosures were due by June 12, 2001.  In adherence to the Court's Order, Union Pacific served its Rule 26 disclosures on Plaintiff on June 12, 2001.  See Rule 26 Letter, attached as Exhibit "B".   To date, Plaintiff has failed to serve Defendant with his Rule 26 Disclosures.

II.

   On September 5, 2001, Union Pacific's counsel wrote Plaintiff's counsel requesting that Plaintiff both answer Defendant's outstanding discovery requests and serve Defendant with his Rule 26 disclosures by September 12, 2001. See September 5, 2001 Letter, attached as Exhibit "C".  On or about September 14, 2001, Plaintiff's counsel called and left a message requesting a one-week extension in which to file

---

[1] In fact, as of the writing of this motion Plaintiff has still failed to answer or object to any of Union Pacific's discovery requests.

Plaintiffs answers and Rule 26 disclosures. Counsel for Defendant returned the call and left Plaintiff's counsel a message agreeing to the extension and requesting that Plaintiff's counsel send a letter confirming the extension. Plaintiffs counsel never sent Defendant's counsel the requested confirmation letter. OF GREATER IMPORTANCE, HOWEVER, Plaintiff failed to provide Union Pacific with his answers to the outstanding discovery requests or his Rule 26 disclosures within the one-week extension period ending on September 21, 2001.

Defendant has provided Plaintiff with ample time and opportunity to respond to its Interrogatories and Requests for Production and to serve his Rule 26 disclosures. In addition, Defendant has attempted to work with opposing counsel in the hopes of reaching an agreement that would obviate the need for the Court's intervention. Unfortunately, Plaintiff has chosen to ignore those opportunities, forcing the filing of this Motion.

## III.

WHEREFORE, PREMISES CONSIDERED, Defendant Union Pacific respectfully requests that the Court grant in all respects its Motion to Compel Discovery Responses and Rule 26 Disclosures. Specifically, Defendant requests that the Court enter an order setting a date certain on which Plaintiff must respond to Union Pacific's Interrogatories and Requests for Production and provide Defendant with his Rule 26 disclosures. Additionally, Defendant requests that the Court find that Plaintiff has waived any and all objections to Union Pacific's Interrogatories and Requests for Production by virtue of his failure to timely object to said discovery requests, and for any and all other relief to which Defendant is entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____

Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
Attorney-in-Charge
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD
COMPANY

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6.A.4. the movant has conferred and communicated with respondent in an effort to resolve this issue, but counsel cannot agree about the disposition of this motion.

_____
R. Patrick Rodriguez

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this motion was served upon all counsel of record, to-wit:

> Douglas M. McMaster
> Post Office Box 531766
> Harlingen, Texas 78553
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the <u>3rd</u> day of October, 2001.

_____
R. Patrick Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## ORDER GRANTING
## DEFENDANT'S MOTION TO COMPEL DISCOVERY
## RESPONSES AND RULE 26 DISCLOSURES

ON THIS DAY came on to be considered Defendant's Motion To Compel Discovery Responses and Rule 26 Disclosures and, after having reviewed the parties' submissions and the pleading on file, the Court is of the opinion that said motion should in all respects be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Compel Discovery Responses and Rule 26 Disclosures is hereby **GRANTED**. In addition, the Court finds that Plaintiff has waived any and all objections to Union Pacific's Interrogatories and Requests for Production. It is further **Ordered** that Plaintiff shall serve Defendant with responses to Defendant's Interrogatories, Requests for Production, and Rule 26 disclosures by no later than _____, 2001.

SIGNED this the _____ day of _____, 2001.

_____
JUDGE PRESIDING

Copies to:

Jaime A. Saenz

Douglas McMaster

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

**ORDER SETTING HEARING ON
DEFENDANT'S MOTION TO COMPEL DISCOVERY
RESPONSES AND RULE 26 DISCLOSURES**

ON THIS DAY CAME ON TO BE CONSIDERED Defendant's Motion to Compel Discovery Responses and Rule 26 Disclosures, and, after considering the same, the Court is of the opinion that said motion should be set for oral argument, it is therefore

ORDERED that Defendants' Motion to Compel Discovery Responses and Rule 26 Disclosures be, and the same is hereby, set for hearing on the _____ day of _____ _____, 2001 at _____ ___.m.

ENTERED THIS _____ day of _____, 2001.


_____
JUDGE PRESIDING

Copies to:
Jaime A. Saenz
Douglas McMaster

.

CutePDF – www.fawiss.com

# EXHIBIT "A"

CVisPDF – www.fastio.com

# RODRIGUEZ, COLVIN & CHANEY, L.L.P.

### ATTORNEYS AT LAW

#### A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON O. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
LECIA L. CHANEY
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGOMEZ-VELA
TERI J. DANISH
DARRILL E. ATKINSON

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

May 30, 2001

**CMRRR# 7099 3400 0014 0394 6490**
Mr. Douglas M. McMaster
Attorney at Law
Post Office Box 531766
Harlingen, Texas 78553

Re:   Civil Action No. B-01-029
      Manuel Candanoza v. Missouri Pacific Railroad Company
      Our File No. 18,276

Dear Mr. McMaster:

Enclosed please find the following documents in regards to the above numbered and styled cause.

1.   Defendant's First Set of Interrogatories to Plaintiff Manuel Candanoza; and

2.   Defendant's First Requests for Production to Plaintiff Manuel Candanoza.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

R. Patrick Rodriguez

RPR:mg
Enclosure (as indicated above)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

299 3400 0014 0394 6490

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees | $

Sent To
MR. DOUGLAS M. MCMASTER
ATTORNEY AT LAW
POST OFFICE BOX 531766
HARLINGEN, TX 78550

*See Reverse for Instructions*

PS Form 3800, February 2000

BROWNSVILLE TX 78520-9998
MAY 30 2001

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MR. DOUGLAS M. MCMASTER
ATTORNEY AT LAW
POST OFFICE BOX 531766
HARLINGEN, TX 78550

2. Article Number (Copy from service label)
7000 - 3400 - 0014 - 0394 - 6490

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X _____  □ Agent
                  □ Addressee

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

HARLINGEN TX 78550
JUN 4 2001

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

# EXHIBIT "B"

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY¹

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
LECIA L. CHANEY
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGOMEZ-VELA
TERI L. DANISH
DARRYL E. ATKINSON

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

¹BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

June 12, 2001

**VCMRRR#70993400001403946193**
Mr. Douglas M. McMaster
Attorneys at Law
Post Office Box 531766
Harlingen, Texas 78553Mr. Michael Milby

Re:     Civil Action No. B-01-029
        Manuel Candanoza v. Missouri Pacific Railroad Company
        Our File No. 18,276

Dear Mr. McMaster:

        Enclosed please find the following document in regards to the above numbered and styled cause.

        1.      Defendant's Response to Rule 26 Required Disclosure.

        If you have any questions regarding this matter please do not hesitate to contact me.

                                Very truly yours,

                                RODRIGUEZ, COLVIN & CHANEY, L.L.P.

                                *R. Patr*

                                R. Patrick Rodriguez

RPR:mg
Enclosure (as indicated above)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. DOUGLAS M. MCMASTER
ATTORNEY AT LAW
POST OFFICE BOX 531766
HARLINGEN, TX 78550

2. Article Number (Copy from service label)
7099 3400 0014 0354 6193

PS Form 3811, July 1999                 Domestic Return Receipt                 102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)          B. Date of Delivery

C. Signature
X _Elizabeth Quihe_                □ Agent   □ Addressee

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

HARLINGEN TX
JUN 22
2001

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0014 0354 6199

Rule 26 Disc

Postage       $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

BROWNSVILLE TX
JUN 12 2001
USPS 78522-9998
Postmark Here

MR. DOUGLAS M. MCMASTER
ATTORNEY AT LAW
POST OFFICE BOX 531766
HARLINGEN, TX 78550

PS Form 3800, February 2000                 See Reverse for Instructions

# EXHIBIT "C"

CVisPDF – www.fastio.com

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

#18,276

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P O BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
LECIA L. CHANEY
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI ⌐ DANISH

*BOARD CERTIFIED IN PERSONAL
 INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
 EMPLOYMENT LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

September 5, 2001

**Via Fax:  956-440-7788**
Mr. Douglas M. McMaster
Attorney at Law
Post Office Box 531766
Harlingen, Texas 78553

Re:    Civil Action No. B-01-029
       Manuel Candanoza v. Missouri Pacific Railroad Company
       Our File No. 18,276

Dear Mr. McMaster:

Under my letter dated May 30, 2001, I served on you the following.

1.    Defendant's First Set of Interrogatories to Plaintiff Manuel
      Candanoza; and

2.    Defendant's First Requests for Production to Plaintiff Manuel
      Candanoza.

To date I have not received answers to either set of discovery.  In addition, I have not yet received Plaintiff's Rule 26 Disclosures.  Please provided Plaintiff's Responses to Defendant's First Set of Interrogatories, First Set of Request for Production, as well as Plaintiff's Rule 26 Initial Disclosures to me by next Wednesday, September 12, 2001. Please call me and let me know if you do not intend to provide the responses and disclosure by that date so that I may file the appropriate motion with the Court.

Thank you for your attention to this matter.  Please do not hesitate to contact me if you should have any questions.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

R. Patrick Rodriguez