11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-01-029 |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

**ORDER GRANTING
DEFENDANT'S MOTION TO COMPEL DISCOVERY
RESPONSES AND RULE 26 DISCLOSURES**

ON THIS DAY came on to be considered Defendant's Motion To Compel Discovery Responses and Rule 26 Disclosures and, after having reviewed the parties' submissions and the pleading on file, the Court is of the opinion that said motion should in all respects be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Compel Discovery Responses and Rule 26 Disclosures is hereby **GRANTED**. In addition, the Court finds that Plaintiff has waived any and all objections to Union Pacific's Interrogatories and Requests for Production. It is further **Ordered** that Plaintiff shall serve Defendant with responses to Defendant's Interrogatories, Requests for Production, and Rule 26 disclosures by no later than November 13, 2001. 3 P.M.

SIGNED this the 25th day of October, 2001.

_____
JUDGE PRESIDING

PAGE 6

#10

Copies to:
Jaime A. Saenz
Douglas McMaster

*PAGE 7*