IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS     NOV 1 5 2001

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## DEFENDANT'S UNOPPOSED MOTION TO CLARIFY SCHEDULING ORDER

TO THE HONORABLE COURT:

COMES NOW, Defendant, Union Pacific Railroad Company (hereinafter referred to as "Defendant" or "Union Pacific") improperly named as MISSOURI PACIFIC RAILROAD COMPANY in Plaintiff's Original Petition, and petitions the Court pursuant to Rules 7(b) and 6(b) of the Federal Rules of Civil Procedure for an order clarifying that the Scheduling Order entered in this matter does not require Defendant to furnish written reports from its experts, and in support, would respectfully show the following:

### I.

### NATURE OF SUIT

This lawsuit arises from a collision in San Benito, Cameron County, Texas, wherein Plaintiff alleges he was injured when his vehicle collided with a Union Pacific train on or about February 2, 1999. See Pl. Orig. Pet., at p. 2. As a result, Plaintiff has initiated this personal injury action alleging negligence against Defendant for personal injury and exemplary damages. Id., at pp. 1-3.

# II.

# PROCEDURAL HISTORY

On May 23, 2001, the Court held an initial pretrial conference in this case. At that hearing, the Court and the parties discussed and agreed upon a schedule of various deadlines for this action. The next day, the Court issued its Scheduling Order setting forth these various deadlines. See Sched. Ord., attached as Exhibit "A". Paragraph no. 4 of the Scheduling Order states that "[t]he plaintiff(s)' experts wil be named with a report furnished by: October 24, 2001". Id. The next paragraph in the Scheduling Order states that "[t]he defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert. November 23, 2001". Id.

In order to diligently pursue discovery, Defendant propounded by certified mail, Interrogatories and Requests for Production to Plaintiff on May 30, 2001. In addition to addressing numerous other issues, Defendant's interrogatories and requests for production sought information about Plaintiff's experts. Plaintiff's Answers to Interrogatories and Responses to Defendant's Request for Production were due on or before July 4, 2001. See Fed. R. Civ. P. 33, 34. Plaintiff, however, failed to answer any of Union Pacific's outstanding discovery requests by their July 4, 2001 due date.

Despite subsequent attempts to obtain the responses to its written discovery without Court intervention, Defendant's counsel was forced to file a motion to compel on October 3, 2001. See Defendant's Motion to Compel Discovery Responses and Rule 26 Disclosures, attached as Exhibit "B". The Court granted Union Pacific's motion to compel, and ordered Plaintiff to serve his responses to Defendant's written discovery by November 13, 2001. See Order Granting Motion to Compel, attached as Exhibit "C".

At 6:00 p.m. on November 13, 2001, Plaintiff finally served his responses to Defendant's Interrogatories and Requests for Production. Nowhere in his responses, however, did Plaintiff either identify his experts or provide any information about his

experts. See Plaintiff's Response to Rule 26 Disclosures, Interrogatories and Requests for Production, attached as Exhibit "D". Moreover, Plaintiff failed to either file a designation of experts or provide Defendant with written reports by the October 3, 2001 deadline set forth in the Scheduling Order.

**III.**

## IN LIGHT OF PLAINTIFF'S FIALURE TO DESIGNATE EXPERTS, UNION PACIFIC IS NOT REQUIRED TO FURNISH WRITTEN REPORTS FROM ITS EXPERTS

As noted above, paragraph no. 5 of the Scheduling Order states that Defendant must produce its expert' reports to Plaintiff within 30 days of taking the deposition of Plaintiff's experts. See Sched. Ord., attached as Exhibit "A". Given that Plaintiff did not designate any experts, Defendant has obviously been unable to depose any of Plaintiff's experts. It follows, therefore, that the 30 day time period (set forth in paragraph no. 5 of the Scheduling Order) during which Defendant is required to provide written reports has not been triggered. Because the plain language of the Scheduling Order states that Defendant does not have to produce reports from its experts until after Plaintiff's experts have been deposed, counsel for Defendant should not be required to produce to Plaintiff written reports from the experts that Defendant designates.

Out of an abundance of caution, however, Defendant seeks clarification from the Court on this issue. Defendant plans to designate its experts pursuant to the November

3

23, 2001 deadline set forth in the Scheduling Order.  In addition, Defendant agrees to make its experts available to Plaintiff's counsel for deposition at an agreed upon date and time.  Thus, Defendant respectfully requests that the Court issue an order stating that Defendants are not required to produce written reports from its experts.

## IV.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Union Pacific respectfully requests that the Court enter an Order that states that Defendant's experts need not furnish written reports in this matter and for any and all further relief either at law or equity to which Defendant is justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.


By: _____
    Jaime A. Saenz
    State Bar No. 17514859
    Federal Admissions No. 7630
    Attorney-in-Charge
    R. Patrick Rodriguez
    State Bar No. 24002861
    Federal Admissions No. 22949
    1201 East Van Buren
    Post Office Box 2155
    Brownsville, Texas 78522
    (956) 542-7441
    Fax (956) 541-2170

    ATTORNEYS FOR DEFENDANT,
    UNION   PACIFIC   RAILROAD
    COMPANY

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6.A.4. counsel for Plaintiff stated that he was not opposed to this motion.

R. Patrick Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served upon all counsel of record, to-wit:

Douglas M. McMaster
Post Office Box 531766
Harlingen, Texas 78553
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 15th day of November, 2001.

R. Patrick Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MANUEL CANDANOZA** | * | |
| | * | |
| **VS.** | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| **MISSOURI PACIFIC RAILROAD** | * | |
| **COMPANY** | * | |

### ORDER SETTING HEARING ON DEFENDANT'S UNOPPOSED MOTION TO CLARIFY SCHEDULING ORDER

ON THIS DAY CAME ON TO BE CONSIDERED Defendant's Unopposed Motion to Clarify Scheduling Order, and, after reading the motion and pleadings on file, the Court is of the opinion that said Motion should be set for hearing. It is therefore

ORDERED that Defendant's Unopposed Motion to Clarify Scheduling Order or, in the alternative, to Enlarge Time To Provide Written Reports from Defendant's Experts be, and the same is hereby, set for hearing on the _____ day of _____,_2001    at _____ ___.m.

ENTERED THIS _____ day of _____, 2001, in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:
Jaime A. Saenz
Douglas McMaster

7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CLARIFY SCHEDULING ORDER

ON THIS DAY came on to be considered Defendant's Unopposed Motion to Clarify Scheduling Order or, in the alternative, to Enlarge Time and To Provide Written Reports from Defendants Experts and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that, pursuant to this Court's Scheduling Order, Defendant is not required to furnish Plaintiff with written reports from Defendant's experts.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant need not furnish written reports from its experts to Plaintiff.

SIGNED this the _____ day of _____, 2001 in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:
Jaime A. Saenz
Douglas McMaster

8

# EXHIBIT "A"

9

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

MANUEL CANDANOZA                          §

          VS                              §       CIVIL ACTION NO. B-01-029

MISSOURI PACIFIC RAILROAD COMPANY         §                (636(c)

United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1.    Trial: Estimated time to try:__3__ days.                  ☐ Bench    ☑ Jury

2.    Rule 26 disclosures are due by:                            June 12, 2001

3.    New parties must be joined by:                             September 24, 2001
         *Furnish a copy of this scheduling order to new parties.*

4.    The plaintiff(s)' experts will be named with a report furnished by: October 24, 2001

5.    The defendant(s)' experts must be named with a report furnished
      within 30 days of the deposition of the plaintiff(s)' expert.    November 23, 2001

6.    Discovery must be completed by:                            January 23, 2002
         *Counsel may agree to continue discovery beyond the deadline, but there will be
         no intervention by the Court. No continuances will be granted because of
         information acquired in post-deadline discovery.*

7.    Dispositive motions will be filed by:                      February 25, 2002

*******************************************************************************

8.    Joint pretrial order is due:                               February 25, 2002
      *The plaintiff(s) is responsible for filing the pretrial order on time.*

9.    Docket Call and final pretrial conference before Judge Recio
      is set for 2:00 p.m. on:                                   March 7, 2002
         *The case will remain on standby until tried.*

10.   The jury trial selection set before Judge Recio at 9:00 a.m. on:   March 8, 2002

11.   Jury trial date will be set after jury selection.

      Signed __May 23, 2001__, at Brownsville, Texas.

                                          Felix Recio
                                  United States Magistrate Judge

# EXHIBIT "B"

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

01 OCT -3 PM 4:24

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY
## RESPONSES AND RULE 26 DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Union Pacific Railroad Company (hereinafter referred to as "Defendant" or "Union Pacific") improperly named as MISSOURI PACIFIC RAILROAD COMPANY in Plaintiff's Original Petition, and, pursuant to Federal Rule of Civil Procedure 37, files this its Motion to Compel Discovery Responses and Rule 26 Disclosures, and in support thereof, would show the Court as follows:

### I.

On May 23, 2001, the Court held an initial pretrial conference in this case. At that hearing, the Court and the parties discussed and agreed upon a schedule of various deadlines for this action. The next day, the Court issued its Scheduling Order setting forth these various deadlines. (See Sched. Ord.). Pursuant to this Court's Scheduling Order, discovery will close on January 23, 2002. Id., at ¶ 6. In order to diligently pursue

discovery, Defendant propounded by certified mail, Interrogatories and Requests for Production to Plaintiff on May 30, 2001. See <u>Interrogatory and Request for Production Letter</u>, attached as Exhibit "A". Accordingly, Plaintiff's Answers to Interrogatories and Responses to Defendant's Request for Production were due on or before July 4, 2001. <u>See</u> FED. R. CIV. P. 33, 34. Plaintiff, however, failed to answer Union Pacific's outstanding discovery requests by their July 4, 2001 due date.[1] Given his failure to timely object to the written discovery requests, Plaintiff has waived his objections to Union Pacific's interrogatories and requests for production. In re UNITED STATES, 864 F.2d 1153, 1156 (5th Cir. 1989) (explaining that "when a party fails to object timely to interrogatories, production requests, or other discovery efforts, objections thereto are waived.")

In addition, paragraph no. 2 of the Courts Scheduling Order instructed the parties that Rule 26 disclosures were due by June 12, 2001. In adherence to the Court's Order, Union Pacific served its Rule 26 disclosures on Plaintiff on June 12, 2001. See <u>Rule 26 Letter</u>, attached as Exhibit "B". To date, Plaintiff has failed to serve Defendant with his Rule 26 Disclosures.

## II.

On September 5, 2001, Union Pacific's counsel wrote Plaintiff's counsel requesting that Plaintiff both answer Defendant's outstanding discovery requests and serve Defendant with his Rule 26 disclosures by September 12, 2001. See <u>September 5, 2001 Letter</u>, attached as Exhibit "C". On or about September 14, 2001, Plaintiff's counsel called and left a message requesting a one-week extension in which to file

---

[1] In fact, as of the writing of this motion Plaintiff has still failed to answer or object to any of Union Pacific's discovery requests.

Plaintiffs answers and Rule 26 disclosures. Counsel for Defendant returned the call and left Plaintiff's counsel a message agreeing to the extension and requesting that Plaintiff's counsel send a letter confirming the extension. Plaintiffs counsel never sent Defendant's counsel the requested confirmation letter. OF GREATER IMPORTANCE, HOWEVER, Plaintiff failed to provide Union Pacific with his answers to the outstanding discovery requests or his Rule 26 disclosures within the one-week extension period ending on September 21, 2001.

Defendant has provided Plaintiff with ample time and opportunity to respond to its Interrogatories and Requests for Production and to serve his Rule 26 disclosures. In addition, Defendant has attempted to work with opposing counsel in the hopes of reaching an agreement that would obviate the need for the Court's intervention. Unfortunately, Plaintiff has chosen to ignore those opportunities, forcing the filing of this Motion.

### III.

WHEREFORE, PREMISES CONSIDERED, Defendant Union Pacific respectfully requests that the Court grant in all respects its Motion to Compel Discovery Responses and Rule 26 Disclosures. Specifically, Defendant requests that the Court enter an order setting a date certain on which Plaintiff must respond to Union Pacific's Interrogatories and Requests for Production and provide Defendant with his Rule 26 disclosures. Additionally, Defendant requests that the Court find that Plaintiff has waived any and all objections to Union Pacific's Interrogatories and Requests for Production by virtue of his failure to timely object to said discovery requests, and for any and all other relief to which Defendant is entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____

Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
Attorney-in-Charge
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD
COMPANY

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6.A.4. the movant has conferred and communicated with respondent in an effort to resolve this issue, but counsel cannot agree about the disposition of this motion.

_____

R. Patrick Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served upon all counsel of record, to-wit:

> Douglas M. McMaster
> Post Office Box 531766
> Harlingen, Texas 78553
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 3rd day of October, 2001.

_____
R. Patrick Rodriguez

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-01-029 |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

**ORDER GRANTING
DEFENDANT'S MOTION TO COMPEL DISCOVERY
RESPONSES AND RULE 26 DISCLOSURES**

ON THIS DAY came on to be considered Defendant's Motion To Compel Discovery Responses and Rule 26 Disclosures and, after having reviewed the parties' submissions and the pleading on file, the Court is of the opinion that said motion should in all respects be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Compel Discovery Responses and Rule 26 Disclosures is hereby **GRANTED**. In addition, the Court finds that Plaintiff has waived any and all objections to Union Pacific's Interrogatories and Requests for Production. It is further **Ordered** that Plaintiff shall serve Defendant with responses to Defendant's Interrogatories, Requests for Production, and Rule 26 disclosures by no later than _November 13_, 2001. _3 P.M._.

SIGNED this the _25th_ day of _October_____, 2001.

_____
JUDGE PRESIDING

*PAGE 6*

Copies to:
Jaime A. Saenz
Douglas McMaster

# EXHIBIT "D"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| vs | § | CIVIL ACTION NO. B-01-29 |
| | § | |
| | § | |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY | § | |
| Defendant | | § |

---

### PLAINTIFF'S RESPONSE TO
### RULE 26 REQUIRED DISCLOSURE

---

Plaintiff Manuel Candanoza, , through undersigned counsel, hereby
makes his disclosures in Accordance with Rule 26(a) of the Federal
Rules of Civil Procedure.

A. Manuel Candanoza
   19098 Thieme Rd.
   Harlingen, Texas 78550
   423-3190

   Diana Candanoza
   same address

   Rolando Ramirez
   Rt. 6, Box 90
   San Benito, Texas
   (956) 361-2928
   witness

   Arturo Hernandez Herrera
   4002 Paredes Line
   Brownsville, texas
   (566) 541-2046

   Roberto Garcia
   Rt 8, 314C
   Sanbenito, Texas

   Maria Luisa Cantu
   address unknown
   (956)347-3267

as well as all witness name in Defendant's Disclosure

all health care providers named in Plaintiff's Interrogatory
Responses

B.
   Health care records, located at medical offices noted above

C
   Loss Income $60,000.00
   Medical Expenses $30,000.
   Pain and Suffering $100,000.00
   Mental Anguish     $100,000.00

D
   N/A

                              RESPECTFULLY SUBMITTED

                              Attorney for Defendant
                              DOUGLAS M. McMASTER
                              P.O. Box 531766
                              Harlingen, Texas 78553
                              SBN 13786020
                              (956) 440-8080
                              (556) 440-7788 FAX

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MANUEL CANDANOZA** | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| vs | § | CIVIL ACTION NO. B-01-29 |
| | § | |
| | § | |
| | § | |
| **MISSOURI PACIFIC RAILROAD** | § | |
| **COMPANY** | § | |
| Defendant | | § |

---

### PLAINTIFF'S RESPONSE TO
### DEFENDANT'S INTERROGATORIES

---

Plaintiff Manuel Candanoza, through undersigned counsel, hereby files above referenced document:

#1) Manuel Candanoza Jr
2-20-52
19098 Thieme Rd. Harlingen, TX
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
0686878?
Buena Vista Homes

#2 Maria E. Candanoza, Divorced May 198

#3   Manuel Candanoza III   28
     Gerarado A. Candanoza   23
     Adrian A.        "      21
     Andrea           "      14
     Venessa          "      14

#4

a.) 2 yrs. college

b.) Valley Morning Star -27 yr
    Home Builders

c.) 1) Circulation director
    2) Home Building

d.) N/A

e) 1.) Dyle De Bolt

Inter~~~~ #5
N/A

Inter. #6   N/A

Inter. #7
            see next Page

Inter. #8

I was traveling over the
railroad tracks and was
violently struck by a train
in the rear portion of my vehicle.
Saw entity inviting DPS

Inter. #9    Dr. cannot
recall name will supplement

Intervr. #10
            see health core providers
in interrogatory #7

Intern. #11

LOSS Income    #60,000.00 (est.
Medical Expenses   $30,000.00 (est.
Pain and Suffering  100,000.00
Mental Anguish   100,000.00

Inter. #12 -
            See Income Tax release

Inter. #13
            see Plaintiff petition

Inter. #16
    Health Insurance Company
Do not remember name

Inter. #17
    N/A

Interr. #18
    N/A

Intr. #19
    N/A

Interr. #20
    I was owner

Interrogatory # 7

Manuel Candanoza
19098 Thieme Rd.
Harlingen, Texas 78550
423-3190

Diana Candanoza
same address


Rolando Ramirez
Rt. 6, Box 90
San Benito, Texas
(956) 361-2928
witness

Arturo Hernandez Herrera
4002 Paredes Line
Brownsville, texas
(566) 541-2046

Roberto Garcia
Rt 8, 314C
Sanbenito, Texas

Maria Luisa Cantu
address unknown
(956)347-3267


as well as all witness name in Defendant's Disclosure

all health care providers, including the following:

Neurosugical associates
1725 Ed Carey
Harlingen, texas 78550

Harlingen Anesthesia
1702 ed carey
Harlingen, texas 78550

Valley Ear , Nose and throat
1401 S. Sixth St.
McAllen, Texas 78501

E-M Care har emerg Physcians
P.O. Box 13826
Philladelphia, Penn. 19101

Valley Radiologist & Associates
P.O. Box 2918

Harlingen, Texas 78501

Herman's Opitical
806 Dixieland
Harlingen, Texas

Dr. Gale Downey
1624 S. Carolina
Harlingen, texas 78550

RESPECTFULLY SUBMITTED

Attorney for Defendant
DOUGLAS M. McMASTER
P.O. Box 531766
Harlingen, Texas 78553
SBN 13786020
(956) 440-8080
(556) 440-7788 FAX

# AFFIDAVIT

THE STATE OF TEXAS                                            §
                                                             §
COUNTY OF _Cameron____                                        §

     BEFORE ME, the undersigned authority on this day personally appeared, MANUEL CANDANOZA, who being first duly sworn, under oath, deposes and says the following:

> My name is MANUEL CANDANOZA; I have personal knowledge of all the facts recited in the foregoing Answer to Interrogatories, and said Answers to Interrogatories are true to the best of my knowledge and belief based upon the information made available to me.

                                  MANUEL CANDANOZA

     SWORN TO AND SUBSCRIBED BEFORE ME by the said MANUEL CANDANOZA, on this the 13 day of November, 2001.

                            Notary Public, State of Texas

                            Printed Name of Notary

                            My Commission Expires: _____

*(Notary seal: LINDA K. HERE... NOTARY PUBLIC, STATE OF ... EXPIRES 10-23-20...)*

RESPECTFULLY SUBMITTED

Attorney for Defendant
DOUGLAS M. McMASTER
P.O. Box 531766
Harlingen, Texas 78553
SBN 13786020
(956) 440-8080
(556) 440-7788 FAX

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MANUEL CANDANOZA** | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| vs | § | CIVIL ACTION NO. B-01-29 |
| | § | |
| | § | |
| | § | |
| **MISSOURI PACIFIC RAILROAD** | § | |
| **COMPANY** | § | |
| Defendant | | § |

---

### PLAINTIFF'S RESPONSE TO
### DEFENDANT'S PRODUCTION REQUESTS

---

Plaintiff Manuel Candanoza, through undersigned counsel, hereby
files above referenced document:

## DEFENDANT'S FIRST REQUESTS FOR PRODUCTION
## PLAINTIFF MANUEL CANDANOZA

### REQUEST FOR PRODUCTION NO. 1:

All Federal Income Tax Returns filed by MANUEL CANDANOZA for the years 1996, 1997, 1998, 1999 and 2000. If you do not have any of these records in your possession, or if they are unavailable for any reason, please execute the two (2) enclosed Requests for Tax Forms, so that Defendant can obtain copies of same, at Defendant's expense.

**RESPONSE:** *See attached*

### REQUEST FOR PRODUCTION NO. 2:

Copies of any and all photographs taken by or on behalf of Plaintiff or in Plaintiff's possession which refer to or relate to the accident made the basis of this litigation.

**RESPONSE:** *See attached*

### REQUEST FOR PRODUCTION NO. 3:

Copies of any and all statements and/or bills for medical services rendered to MANUEL CANDANOZA in connection with the accident made the basis of this lawsuit, as well as any and all bills or statements reflecting other expenses incurred by you and for which suit is maintained.

**RESPONSE:** *See attached*

### REQUEST FOR PRODUCTION NO. 4:

All reports of the accident generated by any governmental entity, agency, or department.

**RESPONSE:** *See attached*

**REQUEST FOR PRODUCTION NO. 5:**
All reports of the accident generated by any medical or emergency personnel.

**RESPONSE:** *Do not possess*

**REQUEST FOR PRODUCTION NO. 6:**
Any and all written reports rendered by any and all expert witnesses retained by any Plaintiff or Plaintiff's counsel, setting forth such witnesses, findings, factual observations, and opinions, and any notes, compilations and/or calculations and/or other writings of whatsoever description forming the basis of such report and/or opinions of the witness or witnesses. In the event that such witness or witnesses have not reduced their factual observations, tests, supporting data, calculations and/or opinions to tangible form, then it is requesting that such matters be reduced to tangible form and produced for inspection and copying by Defendant.

**RESPONSE:** *N/A*

**REQUEST FOR PRODUCTION NO.7:**
All documents of whatsoever description relating to Plaintiffs' claims for damages in this lawsuit.

**RESPONSE:** *see attached ~~the attached~~ medical billings*

**REQUEST FOR PRODUCTION NO. 8:**
All documents of whatsoever description relating to any other claims (other than this lawsuit), that the Plaintiff has made or which have been made on their behalf relating to the accident.

**RESPONSE:** *N/A*

Defendant's First Set of Requests for Production to Plaintiff, Manuel Candanoza - Page 4

**REQUEST FOR PRODUCTION NO. 9:**
Transcriptions of any statement(s) given by employees of Defendant UNION
PACIFIC RAILROAD COMPANY with respect to the accident.

**RESPONSE:**   N/A


**REQUEST FOR PRODUCTION NO. 10:**
All documents of whatsoever description which you sent to or which were sent
on your behalf to any person who will appear on your behalf as an expert
witness, or which were prepared by any person who will appear on your behalf
as an expert witness, including notes, written reports, photographs, investigation,
statements, summaries, etc.

**RESPONSE:**   N/A


**REQUEST FOR PRODUCTION NO. 11:**
Any document in your possession or under your control that was generated by
UNION PACIFIC RAILROAD COMPANY and/or its employees relating to the
subject matter made the basis of this instant suit and which were not provided to
you by the attorneys for UNION PACIFIC RAILROAD COMPANY.

**RESPONSE:**   N/A


**REQUEST FOR PRODUCTION NO. 12:**
All documents which you believe were found in the files of UNION PACIFIC
RAILROAD COMPANY and/or its employees, even if not authored by UNION
PACIFIC RAILROAD COMPANY and/or its employees.

**RESPONSE:**   N/A


**REQUEST FOR PRODUCTION NO. 13:**
If you are making or intend on making a claim for damages please provide
authorization permitting the full disclosure of medical records pertaining to
MANUEL CANDANOZA. For your convenience, an authorization for your
signature is attached to this request.

**RESPONSE:**   See attached

**REQUEST FOR PRODUCTION NO. 14:**
If you are making or intend on making a claim for lost wages please provide authorization form for wage and income information for MANUEL CANDANOZA. For your convenience, authorization forms for your signature are attached to this request.

**RESPONSE:** *Self employed*


**REQUEST FOR PRODUCTION NO. 15:**
Any settlement agreement and/or agreements with any individual, entity, party or potential party arising out of the subject matter of this lawsuit or the incident in question.

**RESPONSE:** *N/A*


**REQUEST FOR PRODUCTION NO. 16:**
Any and all models, physical evidence, or other evidence you intend on introducing at the trial of this cause.

**RESPONSE:** *N/A*

## AUTHORIZATION FOR RELEASE OF INCOME TAX RECORDS

I, MANUEL CANDANOZA, hereby authorize and permit any person, firm, or entity to release to RODRIGUEZ, COLVIN & CHANEY, L.L.P., or its authorized representative, all of the matters enumerated below that pertain MANUEL CANDANOZA, born _2-22-52_, Social Security Number _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_ The matters to be released pursuant to this authorization are the following: any and all income tax records, _five years_ . (The release of the matters listed above is being authorized for purposes of the above-styled lawsuit.) A copy of this authorization is agreed by the undersigned to have the same effect and force as an original. Any person, firm, or entity that releases matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters.

_____
MANUEL CANDANOZA

Subscribed and sworn to before me this __13__ day of __December__,
2001.

_____
Notary Public, in and for the State of Texas

My Commission Expires: _____

LINDA K. HERR
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
10-03-2004

## MEDICAL RECORDS AUTHORIZATION

I HEREBY AUTHORIZE AND PERMIT any person, firm, or entity to release to the law firm of RODRIGUEZ, COLVIN & CHANEY, L.L.P., or their authorized representative, any and all of the matter enumerated below that pertain to:

MANUEL CANDANOZA

DOB: _2-20-53_

SS#: _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_

The matters to be released pursuant to this authorization are the following:

any and all medical reports or records, x-rays, diagnostic studies, laboratory slides, clinical abstracts, histories, charts, notes, memoranda, and other information, documents, and opinions relevant to past, present or future physical condition, treatment, care, or hospitalizations *last five years*

A photocopy of this authorization is agreed by the undersigned to have the same effect and force as an original. Any person, firm or entity that releases matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters. This authorization will remain in effect one-year from date hereof.

_____

MANUEL CANDANOZA

Subscribed and sworn to before me this _13_ day of _November_,
2001.

_____

Notary Public, in and for the State of Texas

My Commission Expires: _____

LINDA K. HERR
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
10-03-2004



**Harlingen Community Emergency Care Foundation, Inc.**

P.O. Box 533668   /   1705 Vermont
Harlingen, TX 78553-3668

Business Phone Number: (956) 364-2711
Tax I.D. Number - 74-2028156

| PATIENT NAME: | CANDANOZA, MANUEL | PATIENT NUMBER: | 140589A     S     N! |
|---|---|---|---|
| | | CALL NUMBER: | 140589A |
| INSURANCE: | PRUDENTIAL HEAL  45708136 02 | DATE OF CALL: | 02/02/99 |
| | | TIME OF CALL: | 2:09 pm |
| | | CALLER: | |
| | | FROM: | FM 732 & EXP 83 |
| | | TO: | VALLEY BAPTIST HOSPITAL |

MANUEL CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX 78552

REASON (S)
FOR
TRANSPORT

If insurance is not listed, Please provide on back.

| DESCRIPTION OF CHARGE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ANGIOCATH-IV CATHETER* | 2.0 | 5.00 | 10.00 |
| IV SET-CONTINUOUS FLOW-10 | 2.0 | 10.00 | 20.00 |
| IV FLUID-NS  1000CC BAG | 2.0 | 12.00 | 24.00 |
| Late Pay Charge | | | 0.00 |
| TOTAL CHARGES THIS CALL | | | $  492.50 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| INSURANCE PAYMENT | 63774 | 03/22/99 | 443.25 |
| TOTAL PAYMENTS THIS CALL | | | $  443.25 |

VISA  MasterCard  DISCOVER NOVUS  AMERICAN EXPRESS Cards
( Please Enter on Back )

**PLEASE PAY THIS AMOUNT**  ➡   $   49.25

  


# Harlingen Community Emergency Care Foundation, Inc.

P.O. Box 533668  /  1705 Vermont
Harlingen, TX 78553-3668
Business Phone Number: (956) 364-2711
Tax I.D. Number - 74-2028156

| | |
|---|---|
| PATIENT NAME: **CANDANOZA, MANUEL** | PATIENT NUMBER: **140589A** |
| | CALL NUMBER: **140589A**      S      N1 |
| INSURANCE:  **PRUDENTIAL HEAL  45708136 02** | DATE OF CALL:  **02/02/99** |
| | TIME OF CALL:  **2:09 pm** |
| | CALLER: |
| **MANUEL CANDANOZA** | FROM:  **FM 732 & EXP 83** |
| **RT 3 BOX 189F** | TO:   **VALLEY BAPTIST HOSPITAL** |
| **HARLINGEN, TX 78552** | |
| | REASON (S) |
| | FOR |
| | TRANSPORT |
| If insurance is not listed, Please provide on back | |

| DESCRIPTION OF CHARGE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| AMBULANCE BASE RATE—EMERG | 1.0 | 275.00 | 275.00 |
| AMBULANCE MILEAGE | 8.0 | 5.00 | 40.00 |
| EKG ELECTRODE PAD | 3.0 | 1.00 | 3.00 |
| ELECTROCARDIOGRAM | 1.0 | 25.00 | 25.00 |
| PULSE OXIMETER | 1.0 | 10.00 | 10.00 |
| OXYGEN | 1.0 | 20.00 | 20.00 |
| CERVICAL COLLAR** | 1.0 | 25.00 | 25.00 |
| HEAD IMMOBILIZER | 1.0 | 30.00 | 30.00 |
| GLOVES-2 PAIR | 1.0 | 3.00 | 3.00 |
| IV PREP SUPPLIES | 1.0 | 1.50 | 1.50 |
| IV EXTENSION SET* | 2.0 | 3.00 | 6.00 |
| | | | |
| CHARGES CONTINUED ON NEXT PAGE | | | |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| SEE PAYMENTS ON NEXT PAGE | | | |

VISA   MasterCard   DISCOVER   ___ Card
( Please Enter on Back )

**PLEASE PAY THIS AMOUNT** ➡    $  **49.25**

---

DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT

| | | | |
|---|---|---|---|
| PATIENT NAME:  **CANDANOZA** | | AMOUNT DUE $ ____ **49.25** |
| PATIENT NUMBER:  **140589A** | CALL NUMBER:  **140589A** | AMOUNT $ _____ |
| | BILLING DATE:  **05/03/99** | ENCLOSED _____ |

WE HAVE RECEIVED NOTIFICATION FROM YOUR INSURANCE PROVIDER.
THE AMOUNT SHOWN IS THE AMOUNT YOU CURRENTLY OWE.
PLEASE REMIT YOUR PAYMENT.    THANK YOU!!

Harlingen Community Emergency Care Foundation, Inc.
P.O. Box 533668  /  1705 Vermont
Harlingen, Texas 78553-3668
Business Phone Number: (956) 364-2711

Case 1:01-cv-00029    Document 12    Filed in TXSD on 11/15/2001    Page 41 of 61



## VALLEY BAPTIST MEDICAL CENTER
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | | PAYMENT DUE NOW |
|------|---|-----------------|
| 1    2 | | 106.43 |
| OF | | |

| | STATEMENT DATE | GUARANTOR |
|---|---|---|
| | 03/03/00 | 505119 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONE

### I PREFER TO PAY AS FOLLOWS:

☐ MasterCard  ☐ VISA  ☐ Card  ☐ DISCOVER

CREDIT CARD INFORMATION

| GUARANTOR NAME AND ADDRESS |
|---|

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX      78550

| FULL ACCOUNT NUMBER | |
|---|---|
| EXPIRATION DATE | MONTH:        YEAR: |
| | SIGNATURE |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | NAME | SERVICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 982551301 -0001 | Manuel CANDANOZA HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.0 |
| | | | Insurance Due: | 3630.0 |
| | YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR CHOOSING VALLEY BAPTIST MEDICAL CENTER. | | | |
| 983371055 | Manuel CANDANOZA HOSPITAL CHARGES: | 11/07/99 02/29/00 | Balance Forwarded: PMT - AMERICAN EXPR | 75.00 52.4 |
| | | | Balance Due: | 22.51 |
| | THANK YOU FOR YOUR PAYMENT.  YOUR REVISED BALANCE IS SHOWN.  IF YOU HAVE ANY QUESTIONS ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060. | | | |
| 983374315 | Manuel CANDANOZA HOSPITAL CHARGES: | 11/08/99 | Balance Forwarded: | 78.97 |
| | | | Balance Due: | 78.97 |
| | THANK YOU FOR YOUR PAYMENT.  YOUR REVISED BALANCE IS SHOWN.  IF YOU HAVE ANY QUESTIONS ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060. | | | |
| | PROFESSIONAL CHARGES: | 11/08/99 | Balance Forwarded: | 4.95 |
| | | | Balance Due: | 4.95 |

BALANCE

CONTINUED

SEQ 999 (12/96)

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 42 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAYMENT DUE NOW |
|---|
| 106.43 |

| STATEMENT DATE | GUARANTOR... |
|---|---|
| 03/03/00 | 505119 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY

### I PREFER TO PAY AS FOLLOWS:

☐    ☐    ☐   ☐ 

CREDIT CARD INFORMATION

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX        78550

| FULL ACCOUNT NUMBER | | |
|---|---|---|
| EXPIRATION DATE | MONTH: | YEAR: |
| | | |
| | SIGNATURE | |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 983374315 | Manuel CANDANOZA | | | |

PROFESSIONAL CHARGES:              (From front page)
THANK YOU FOR YOUR PAYMENT.   YOUR REVISED
BALANCE IS SHOWN.   IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060.

| | TOTAL BALANCE |
|---|---|
| IF YOU HAVE ANY QUESTIONS PLEASE CONTACT OUR OFFICE M-F, 8:00 AM - 5:00 PM AT (956) 389-2060. | 3736.43 |

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 43 of 61



# VALLEY BAPTIST MEDICAL CENTER
P.O. Drawer 2588
Harlingen, Texas 78551

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

| PAYMENT DUE NOW |
| --- |
| 206.43 |

| STATEMENT DATE | GUARANTOR NO. |
| --- | --- |
| 02/02/00 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY

### I PREFER TO PAY AS FOLLOWS:

☐ MasterCard   ☐ VISA   ☐ American Express   ☐ DISCOVER

CREDIT CARD INFORMATION

| FULL ACCOUNT NUMBER | |
| --- | --- |
| EXPIRATION DATE | MONTH:        YEAR: |
| | SIGNATURE |

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX      78550

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
| --- | --- | --- | --- | --- |
| 982376832 | Manuel CANDANOZA HOSPITAL CHARGES: | 02/02/99 01/27/00 | Balance Forwarded: PMT - AMERICAN EXPR | 126.09 100.00 |
| | | | Balance Due: | 26.09 |
| | THANK YOU FOR YOUR PAYMENT.   YOUR REVISED BALANCE IS SHOWN.   IF YOU HAVE ANY QUESTIONS ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060. | | | |
| 982551301 -0001 | Manuel CANDANOZA HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.00 |
| | | | Insurance Due: | 3630.00 |
| | YOUR PRIVATE INSURANCE HAS BEEN BILLED.   IT HAS BEEN OUR PLEASURE TO SERVE YOU.   THANK YOU FOR CHOOSING VALLEY BAPTIST MEDICAL CENTER. | | | |
| 983344813 | Manuel CANDANOZA HOSPITAL CHARGES: | 10/29/99 | Balance Forwarded: | 21.42 |
| | | | Balance Due: | 21.42 |
| | THANK YOU FOR YOUR PAYMENT.   YOUR REVISED BALANCE IS SHOWN.   IF YOU HAVE ANY QUESTIONS ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060. | | | |
| 983371055 | Manuel CANDANOZA HOSPITAL CHARGES: | 11/07/99 01/10/00 01/10/00 | Balance Forwarded: ADJ - PRUDENTIAL-PP ADJ - PRUDENTIAL-PP | 75.02 73.00 73.02C |

| TOTAL BALANCE |
| --- |
| CONTINUED |

SEQ 999 (12/96)

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 44 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | | PAYMENT DUE NOW |
|---|---|---|
| 2 | 2 | 206.43 |
| | OF | |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

**STATEMENT**

| STATEMENT DATE | GUARANTOR NO. |
|---|---|
| 02/02/00 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY C:

**I PREFER TO PAY AS FOLLOWS:**

   

CREDIT CARD INFORMATION

| GUARANTOR NAME AND ADDRESS |
|---|

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX      78550

FULL ACCOUNT NUMBER

EXPIRATION DATE        MONTH:        YEAR:

SIGNATURE

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 983371055 | Manuel CANDANOZA | | | |
| | HOSPITAL CHARGES: | | (From front page) | |
| | | | Balance Due: | 75.00 |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.   IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060.

| 983374315 | Manuel CANDANOZA | | | |
| | HOSPITAL CHARGES: | 11/08/99 | Balance Forwarded: | 78.97 |
| | | | Balance Due: | 78.97 |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.   IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060.

| | PROFESSIONAL CHARGES: | 11/08/99 | Balance Forwarded: | 4.95 |
| | | | Balance Due: | 4.95 |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.   IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060.

| | | | TOTAL BALANCE | |

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

3836.43

EQ 999 (12/96)

Case 1:01-cv-00029  Document 12  Filed in TXSD on 11/15/2001  Page 45 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 1 | OF 3 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

**STATEMENT**

| PAYMENT DUE NOW |
|---|
| 306.45 |

| STATEMENT DATE | GUARANTOR # |
|---|---|
| 01/03/00 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY O

**I PREFER TO PAY AS FOLLOWS:**






CREDIT CARD INFORMATION

FULL ACCOUNT NUMBER

EXPIRATION DATE   MONTH:   YEAR:

SIGNATURE

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX    78550

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 982376832 | Manuel CANDANOZA HOSPITAL CHARGES: | 02/02/99 12/29/99 | Balance Forwarded: PMT - AMERICAN EXPR | 226.09 100.00 |
| | | | Balance Due: | 126.09 |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.  IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060.

| 982551301 -0001 | Manuel CANDANOZA HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.00 |
| | | | Insurance Due: | 3630.00 |

YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS
BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR
CHOOSING VALLEY BAPTIST MEDICAL CENTER.

| 983344813 | Manuel CANDANOZA HOSPITAL CHARGES: | 10/29/99 | Balance Forwarded: | 21.42 |
| | | | Balance Due: | 21.42 |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.  IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2060.

| 983371055 | Manuel CANDANOZA HOSPITAL CHARGES: | 11/07/99 12/27/99 | Balance Forwarded: PMT - PRUD-PLUS (PR | 413.65 338.63C |

| TOTAL BALANCE |
|---|
| CONTINUED |

SEQ 999 (12/96)

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 46 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAYMENT DUE NOW |
| --- |
| 306.45 |

| STATEMENT DATE | GUARANTOR |
| --- | --- |
| 01/03/00 | 505119 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

**STATEMENT**

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONE

**I PREFER TO PAY AS FOLLOWS:**

**GUARANTOR NAME AND ADDRESS**

☐   ☐   ☐  ☐ 
CREDIT CARD INFORMATION

| FULL ACCOUNT NUMBER | |
| --- | --- |
| EXPIRATION DATE | MONTH:        YEAR. |
| | |
| | SIGNATURE |

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX     78550

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
| --- | --- | --- | --- | --- |
| 983371055 | Manuel CANDANOZA HOSPITAL CHARGES: | | (From front page) | |
| | | | Balance Due: | 75.0 |

YOUR ACCOUNT BALANCE IS SHOWN. THE BALANCE IS
DUE UNLESS YOU HAVE MADE OTHER ARRANGEMENTS.
PLEASE CALL (956) 389-2000 IF YOU CANNOT MAKE
YOUR PAYMENT.

| 983374315 | Manuel CANDANOZA HOSPITAL CHARGES: | 11/08/99 | Balance Forwarded: | 5160.5 |
| | | 12/07/99 | PMT - PRUD-PLUS (PR | 5086.4 |
| | | 12/29/99 | ADJ - PRUDENTIAL-PP | 916.56 |
| | | 12/29/99 | ADJ - PRUDENTIAL-PP | 911.5 |
| | | | Balance Due: | 78.9 |

YOUR ACCOUNT BALANCE IS SHOWN. THE BALANCE IS
DUE UNLESS YOU HAVE MADE OTHER ARRANGEMENTS.
PLEASE CALL (956) 389-2000 IF YOU CANNOT MAKE
YOUR PAYMENT.

| | PROFESSIONAL CHARGES: | 11/08/99 | Balance Forwarded: | 33.00 |
| | | 01/03/00 | PMT - PRUD-PLUS (PR | 28.05 |
| | | | Balance Due: | 4.95 |

YOUR ACCOUNT BALANCE IS SHOWN. THE BALANCE IS
DUE UNLESS YOU HAVE MADE OTHER ARRANGEMENTS.
PLEASE CALL (956) 389-2000 IF YOU CANNOT MAKE

CONTINUED

SEQ 999 (12/96)

Case 1:01-cv-00029    Document 12    Filed in TXSD on 11/15/2001    Page 47 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 3 | 3 |
| | OF |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

# STATEMENT

| PAYMENT DUE IN... |
|---|
| 306.45 |

| STATEMENT DATE | GUARANTOR |
|---|---|
| 01/03/00 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY

## I PREFER TO PAY AS FOLLOWS:

☐   ☐   ☐  ☐ 

CREDIT CARD INFORMATION

| GUARANTOR NAME AND ADDRESS |
|---|

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX     78550

| FULL ACCOUNT NUMBER | |
|---|---|
| EXPIRATION DATE | |
| | MONTH:     YEAR: |
| SIGNATURE | |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 983374315 | Manuel CANDANOZA PROFESSIONAL CHARGES: YOUR PAYMENT. | | (From front page) | |

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

3936.45

SEQ 999 (12/96)

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 48 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 1 | OF 2 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

**STATEMENT**

| PAYMENT DUE NOW |
|---|
| 247.51 |

| STATEMENT DATE | GUARANTEE |
|---|---|
| 12/04/99 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY

**I PREFER TO PAY AS FOLLOWS:**

  

CREDIT CARD INFORMATION

FULL ACCOUNT NUMBER

EXPIRATION DATE   MONTH:   YEAR:

SIGNATURE

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX      78550

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 982376832 | Manuel CANDANOZA HOSPITAL CHARGES: | 02/02/99 12/01/99 | Balance Forwarded: PMT - AMERICAN EXPR | 326.0 100.0 |
| | | | Balance Due: | 226.0 |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.  IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2000.

| 982551301 -0001 | Manuel CANDANOZA HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.0 |
| | | | Insurance Due: | 3630.0 |

YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS
BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR
CHOOSING VALLEY BAPTIST MEDICAL CENTER.

| 983344813 | Manuel CANDANOZA HOSPITAL CHARGES: | 10/29/99 11/16/99 | Balance Forwarded: PMT - PRUD-PLUS (PR | 214.2 192.7 |
| | | | Balance Due: | 21.4 |

YOUR ACCOUNT BALANCE IS SHOWN. THE BALANCE IS
DUE UNLESS YOU HAVE MADE OTHER ARRANGEMENTS.
PLEASE CALL (956) 389-2000 IF YOU CANNOT MAKE
YOUR PAYMENT.

| 983371055 | Manuel CANDANOZA HOSPITAL CHARGES: | | | |

CONTINUED

SEQ 999 (12/96)



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 2 | 2 |
| | OF |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

**STATEMENT**

| PAYMENT DUE NOW | |
|---|---|
| | 247.51 |

| STATEMENT DATE | GUARANTOR |
|---|---|
| 12/04/99 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY

**I PREFER TO PAY AS FOLLOWS:**

☐    ☐    ☐    ☐ 

CREDIT CARD INFORMATION

| FULL ACCOUNT NUMBER | |
|---|---|
| EXPIRATION DATE | MONTH:      YEAR: |
| | |
| | SIGNATURE |

| GUARANTOR NAME AND ADDRESS |
|---|

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX      78550

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 983371055 | Manuel CANDANOZA HOSPITAL CHARGES: | | (From front page) | |
| | | 11/07/99 | Charges, 983371055 | 486.6 |
| | | 11/12/99 | ADJ - PRUDENTIAL-PP | 73.0 |
| | | | Insurance Due: | 413.6 |
| | YOUR PRIVATE INSURANCE HAS BEEN BEEN OUR PLEASURE TO SERVE YOU. CHOOSING VALLEY BAPTIST MEDICAL | | BILLED.  IT HAS THANK YOU FOR CENTER. | |
| 983374315 | Manuel CANDANOZA HOSPITAL CHARGES: | | | |
| | | 11/08/99 | Charges, 983374315 | 6110.00 |
| | | 11/19/99 | ADJ - PRUDENTIAL-PP | 916.50 |
| | | | Insurance Due: | 5160.50 |
| | YOUR PRIVATE INSURANCE HAS BEEN BEEN OUR PLEASURE TO SERVE YOU. CHOOSING VALLEY BAPTIST MEDICAL | | BILLED.  IT HAS THANK YOU FOR CENTER. | |
| | PROFESSIONAL CHARGES: | | | |
| | | | Insurance Due: | 33.00 |
| | YOUR PRIVATE INSURANCE HAS BEEN BEEN OUR PLEASURE TO SERVE YOU. CHOOSING VALLEY BAPTIST MEDICAL | | BILLED.  IT HAS THANK YOU FOR CENTER. | |

| | TOTAL BALANCE |
|---|---|
| IF YOU HAVE ANY QUESTIONS PLEASE CONTACT OUR OFFICE M-F, 8:00 AM - 5:00 PM AT (956) 389-2060. | 9484.66 |

SEQ 999 (12/96)



# VALLEY BAPTIST MEDICAL CENTER
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 1 | 1 |
| OF | |

**PAYMENT DUE NOW**
426.09

| STATEMENT DATE | GUARANTOR |
|---|---|
| 10/05/99 | 50511 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MC

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

I PREFER TO PAY AS FOLLOWS:

   

CREDIT CARD INFORMATION

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX    78550

| FULL ACCOUNT NUMBER | |
|---|---|
| EXPIRATION DATE | MONTH:    YEAR: |

SIGNATURE

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 982376832 | Manuel CANDANOZA<br>HOSPITAL CHARGES: | 02/02/99<br>09/28/99 | Balance Forwarded:<br>PMT - AMERICAN EXPR | 526.0<br>100.0 |
| | | | Balance Due: | 426.0 |

WE APPRECIATE YOUR EFFORTS OF PAYMENT, HOWEVER
YOUR ACCOUNT IS PAST DUE.  PLEASE BRING YOUR
ACCOUNT UP TO DATE SO THAT ADDITIONAL STEPS TO
COLLECT THIS ACCOUNT WILL NOT BE NECESSARY.

| 982551301<br>-0001 | Manuel CANDANOZA<br>HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.00 |
| | | | Insurance Due: | 3630.00 |

YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS
BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR
CHOOSING VALLEY BAPTIST MEDICAL CENTER.

**TOTAL BALANCE**

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

4056.09

SEQ 999 (12/96)



# VALLEY BAPTIST MEDICAL CENTER
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 1 | 1 |
| | OF |

| PAYMENT DUE NOW |
|---|
| 526.09 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

| STATEMENT DATE | GUARANTOR |
|---|---|
| 09/05/99 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MORE

**I PREFER TO PAY AS FOLLOWS:**

   

CREDIT CARD INFORMATION

| GUARANTOR NAME AND ADDRESS |
|---|

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX     78550

FULL ACCOUNT NUMBER

EXPIRATION DATE    MONTH:     YEAR.

SIGNATURE

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 982376832 | Manuel CANDANOZA HOSPITAL CHARGES: | 02/02/99 | Balance Forwarded: | 526.0 |
| | | | Balance Due: | 526.0 |

THE BALANCE SHOWN IS SERIOUSLY PAST DUE. WE WILL CONSIDER OTHER MEANS OF COLLECTION UNLESS IMMEDIATE ARRANGEMENTS ARE MADE TO PAY THIS ACCOUNT.

| 982551301 -0001 | Manuel CANDANOZA HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.00 |
| | | | Insurance Due: | 3630.00 |

YOUR PRIVATE INSURANCE HAS BEEN BILLED. PLEASE CONTACT YOUR INSURANCE COMPANY TO EXPEDITE PAYMENT.  THANK YOU.

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT OUR OFFICE M-F, 8:00 AM - 5:00 PM AT (956) 389-2060.

4156.09

SEQ 999 (12/96)

Case 1:01-cv-00029  Document 12  Filed in TXSD on 11/15/2001  Page 52 of 61



## VALLEY BAPTIST MEDICAL CENTER
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|------|---|
| 1 | 1 |
| | OF |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

| PAYMENT DUE NOW | |
|---|---|
| | 626.09 |

| STATEMENT DATE | GUARAN... |
|---|---|
| 07/07/99 | 50511 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR M...

### I PREFER TO PAY AS FOLLOWS:

   

CREDIT CARD INFORMATION

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX     78550

| FULL ACCOUNT NUMBER | | |
|---|---|---|
| EXPIRATION DATE | MONTH: | YEAR: |
| | | |
| | SIGNATURE | |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 982376832 | Manuel CANDANOZA | | | |
| | HOSPITAL CHARGES: | 02/02/99 | Balance Forwarded: | 623.? |
| | | | Balance Due: | 623.? |

THE BALANCE SHOWN IS SERIOUSLY PAST DUE. WE
WILL CONSIDER OTHER MEANS OF COLLECTION UNLESS
IMMEDIATE ARRANGEMENTS ARE MADE TO PAY THIS
ACCOUNT.

| | | | | |
|---|---|---|---|---|
| | PROFESSIONAL CHARGES: | 02/02/99 | Balance Forwarded: | 2.8 |
| | | | Balance Due: | 2.8 |

THE BALANCE SHOWN IS SERIOUSLY PAST DUE. WE
WILL CONSIDER OTHER MEANS OF COLLECTION UNLESS
IMMEDIATE ARRANGEMENTS ARE MADE TO PAY THIS
ACCOUNT.

| 982551301 -0001 | Manuel CANDANOZA | | | |
|---|---|---|---|---|
| | HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630.00 |
| | | | Insurance Due: | 3630.00 |

THE HOSPITAL HAS CONTACTED YOUR INSURANCE COMPANY.
IF YOUR INSURANCE DOES NOT PAY PROMPTLY, YOU WILL
BE RESPONSIBLE FOR THE BALANCE SHOWN.

*[handwritten notes]* Sylvia spoke C / Ester
3-2-99 / at insurance

*[handwritten]* Call Sleep Center / Janie 425-6400 / Tard 774598

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

*[handwritten]* Alicia ener cent / 1800-876-7778

*[handwritten]* Contact Doctor / Find out Authorization code

| | 4256.09 |
|---|---|

SEQ 999 (12/96)

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 53 of 61



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|------|---|
| 1 | 1 |
| OF | |

| PAYMENT DUE NOW |
|-----------------|
| 626.09 |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

| STATEMENT DATE | GUARANTOR. |
|----------------|------------|
| 05/08/99 | 505119 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY

**I PREFER TO PAY AS FOLLOWS:**



☐ MasterCard   ☐ VISA   ☐ ____ Card   ☐ DISCOVER

CREDIT CARD INFORMATION

| GUARANTOR NAME AND ADDRESS |
|----------------------------|

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX        78550

| FULL ACCOUNT NUMBER | |
|---------------------|---|
| EXPIRATION DATE | MONTH:        YEAR· |
| | |
| SIGNATURE | |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|----------------|--------------|--------------|------------------|--------|
| 982551301 -0001 | Manuel CANDANOZA HOSPITAL CHARGES: | 03/17/99 | Charges, 982551301 | 3630.00 |
| | | | Insurance Due: | 3630.00 |

YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS
BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR
CHOOSING VALLEY BAPTIST MEDICAL CENTER.

| | | | | |
|----------------|--------------|--------------|------------------|--------|
| 982376832 | Manuel CANDANOZA HOSPITAL CHARGES: | 02/02/99 | Balance Forwarded: | 623.29 |
| | | | Balance Due: | 623.29 |

THE HOSPITAL HAS NOT RECEIVED THE FULL PAYMENT
WE WERE EXPECTING.  IF THE PAYMENT HAS BEEN
SENT, THANK YOU.  IF YOU ARE UNABLE TO PAY IN
FULL, CALL (956) 389-2000.

| | | | | |
|--|--|--|--|--|
| | PROFESSIONAL CHARGES: | 02/02/99 | Balance Forwarded: | 2.80 |
| | | | Balance Due: | 2.80 |

THE HOSPITAL HAS NOT RECEIVED THE FULL PAYMENT
WE WERE EXPECTING.  IF THE PAYMENT HAS BEEN
SENT, THANK YOU.  IF YOU ARE UNABLE TO PAY IN
FULL, CALL (956) 389-2000.

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

4256.09

SEQ 999 (12/96)

Case 1:01-cv-00029   Document 12   Filed in TXSD on 11/15/2001   Page 54 of 61



# VALLEY BAPTIST MEDICAL CENTER
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|---|---|
| 1 | 1 |
| | OF |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

# STATEMENT

**PAYMENT DUE NOW**
326.09

| STATEMENT DATE | GUARANTOR |
|---|---|
| 11/04/99 | 50511 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MO

## I PREFER TO PAY AS FOLLOWS:

  

CREDIT CARD INFORMATION

**GUARANTOR NAME AND ADDRESS**

Manuel CANDANOZA
RT 3 BOX 189F
HARLINGEN, TX      78550

| FULL ACCOUNT NUMBER | |
|---|---|
| EXPIRATION DATE | MONTH:        YEAR: |
| | |
| | SIGNATURE |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|---|---|---|
| 982376832 | Manuel CANDANOZA | | | |
| | HOSPITAL CHARGES: | 02/02/99 | Balance Forwarded: | 426. |
| | | 10/27/99 | PMT - AMERICAN EXPR | 100. |
| | | | Balance Due: | 326. |

THANK YOU FOR YOUR PAYMENT.  YOUR REVISED
BALANCE IS SHOWN.  IF YOU HAVE ANY QUESTIONS
ON YOUR ACCOUNT, PLEASE CALL (956) 389-2000.

| 982551301 -0001 | Manuel CANDANOZA | | | |
|---|---|---|---|---|
| | HOSPITAL CHARGES: | 03/17/99 | Insurance Forwarded | 3630. |
| | | | Insurance Due: | 3630. |

YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS
BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR
CHOOSING VALLEY BAPTIST MEDICAL CENTER.

| 983344813 | Manuel CANDANOZA | | | |
|---|---|---|---|---|
| | HOSPITAL CHARGES: | 10/29/99 | Charges, 983344813 | 252.0 |
| | | 11/04/99 | ADJ - PRUDENTIAL-PP | 37.8 |
| | | | Insurance Due: | 214.2 |

YOUR PRIVATE INSURANCE HAS BEEN BILLED.  IT HAS
BEEN OUR PLEASURE TO SERVE YOU.  THANK YOU FOR
CHOOSING VALLEY BAPTIST MEDICAL CENTER.

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

4170.29

SEQ 999 (12/96)

# VALLEY BAPTIST AMBULATORY SURGERY CENTER
## Harlingen, Texas
## GENERAL SURGERY
## PHYSICIAN DISCHARGE INSTRUCTIONS



PT. ID#: 9901740
Candanoza, Manuel
DOS: 10/29/99  DOB: 02/20/52
Surgeon: EUGENE S. MACKIE, M.D.

**1. DIET**
- ☐ Resume normal diet
- ☐ Begin with clear liquids, dry toast, soda crackers, jello, soups, etc. If not nauseated, you may go to a regular diet when you desire. Greasy and spicy foods are not advised for 24 hours.
- ☐ Special diet instructions _____
- ☐ Do NOT drink alcoholic beverages for 24 hours.

**2. ACTIVITIES**
- ☐ Do NOT drive or operate machinery, or engage in sports, heavy work, or heavy lifting for 24 hours.
- ☐ You are advised to go directly home from the hospital. Restrict your activities and rest for a day. Resume light to normal activity tomorrow.
- ☐ When taking pain medication, be careful as you walk, drive, or climb stairs. Dizziness is not unusual.
- ☐ You may shower in _____ days.

**3. WOUND CARE**
- ☐ Keep operative area clean and dry.
- ☐ Do NOT remove the dressing until you are seen by your doctor.
- ☐ Change dressing when soiled or wet.
- ☐ Observe the operative area for signs of excessive bleeding. A small amount of red blood is to be expected. If you feel the amount is excessive call the doctor's office.
- ☐ You may remove dressing in _____ days.
- ☐ If you develop high fever of 101° orally or 100° axillary or greater, swelling with redness, or pus draining from the incision, call your doctor.
- ☐ Avoid stress to suture line, (such as pulling, pushing, lifting, etc...).
- ☐ Apply ice pack to the wound for the first 24 hours. This will decrease swelling and pain.
- ☐ If you have an abdominal incision you may be given a binder. This may provide considerably more comfort than pain medication.
- ☐ You may experience slight shoulder pain if you have undergone a laparoscopy. This pain is relieved when lying flat in bed. It usually subsides in 72 hours.

**4. DRAINS**
- ☐ Jackson-Pratt Drain Care as per nursing instructions.
- ☐ Penrose drain - clean around it with:  ☐ Soap and water  ☐ Alcohol  ☐ Hydrogen Peroxide

**5. MEDICATIONS:**  ☐ Continue home medications.

**6. OTHER INSTRUCTIONS:** _____
_____
_____

**7. FOLLOW-UP:** You should see Dr. _____Mackie_____ on __10/30/99__  Phone __428-9221__  __687-7896__

**PHYSICIAN'S SIGNATURE** _____ MD  Date __10/29/99__

These instructions have been explained to me / significant other and I / significant other have received a copy.

_____     10/29/99     _____
Signature of Patient/Significant Other        Date        Nurse's Signature

# VALLEY BAPTIST AMBULATORY SURGERY CENTER
## Harlingen, Texas

### GENERAL SURGERY
### NURSING DISCHARGE INSTRUCTIONS



PT. ID#: 9901740
Candanoza, Manuel
DOS: 10/29/99  DOB: 02/20/52
Surgeon: EUGENE S. MACKIE, M.D.

1. **GENERAL ANESTHESIA OR SEDATION**
   - ☑ Do not drive or operate machinery for 24 hours.
   - ☑ Do not consume alcohol, tranquilizers, sleeping medications, or any non-prescribed medication for 24 hours.
   - ☑ Do not make important decisions or sign any important papers in the next 24 hours.
   - ☑ An anesthetic will often leave you with a sore throat or sore chest muscles.
   - ☑ Certain anesthetics and pain medications may produce nausea and vomiting in certain individuals. If nausea becomes a problem at home, call your physician. In the meantime, rest or sleep on your side to avoid accidentally inhaling material that you may vomit.
   - ☑ You should have someone at home with you tonight.
   - ☐ Children may appear flushed for several hours after surgery due to pre-op medication given.

2. **OPERATIVE SITE**
   - ☑ Dressing change: Wash your hands with warm water and soap for 15 seconds before changing dressing. Remove old dressing. Rewash your hands. Apply clean dressing.
   - ☐ May wash incision with soap and water in shower. Pat dry.
   - ☐ Jackson-Pratt Drain Care:
     - Wash your hands with warm water and soap for 15 seconds.
     - Empty bulb by compressing it. Clamp the bulb while squeezing. Tape the drain and pin it to your clothes.
     - Empty the drain once a day, or as necessary. Do not touch the drain opening tip. If your Jackson-Pratt does not stay compressed, call your doctor.

3. **MEDICATIONS**
   - ☑ Prescription sent with you. Use as directed. When taking pain medications, you may experience dizziness or drowsiness. Do not drink alcohol or drive when you are taking these medications.
   - ☐ Food and Drug Interaction Sheet given.

| Medications & Instructions | Purpose of Medication | Specific Times | | |
|---|---|---|---|---|
| *Cedax 400mg elixir by mouth* | *to prevent infection* | *every day* | *for* | *17 days* |
| *Viscous xylocaine 8 1/2 1500 by mouth swish 1* | *for pain* | *every* | *2 hour* | *as needed for pain* |

4. **OTHER INSTRUCTIONS:** *duragesic patch 50mcg 1 patch every 3rd day*

5. **FOLLOW-UP:** ☐ Doctor's Office Home Care Instruction Sheet given and reviewed.

   Call your surgeon if you have any problem that concerns you. After office hours, you can reach your doctor through his answering service. IF YOU NEED IMMEDIATE ATTENTION, GO TO VBMC's EMERGENCY ROOM (Phone # 389-1860) or go to an emergency room near you.

## CALL YOUR DOCTOR IF YOU DEVELOP ANY OF THESE SYMPTOMS:

- Fever of 101° F by mouth or 100° Axillary or greater
- Pain not relieved by medication ordered.
- Swelling around operative area.
- Inability to urinate.
- Numbness, tingling or coldness to fingers or toes.
- Blood-soaked dressing (Small amounts of oozing may be normal)
- Increasing and progressive drainage from surgical area/exam site.
- Increased redness, warmth, hardness, around operative area.

A follow-up call will be attempted by a Surgery Center Nurse to check on your progress. If you have any questions, call your doctor.

These instructions have been explained to me / significant other and I / significant other have received a copy.

| | 10/29/99 | |
|---|---|---|
| Signature of Patient/Significant Other | Date | Nurse's Signature |

White - Medical Record; Yellow - Patient

ASC 5100-103-0398



# VALLEY BAPTIST MEDICAL CENTER
Harlingen, Texas

## NURSING TRANSFER / DISCHARGE SUMMARY

CARDENAS MANUEL
MAC... EUGENE       MD
0039.473      M M 02/20/52

Date _____   **TO:**          **VIA:**          **TRANSPORTATION:**   **CONDITION:**   **DISMISSED WITH:**
Time _____   ☐ Home          ☐ Wheel Chair     ☐ Private Car        ☐ Stable         ☐ Family
               ☐ NSG Home       ☐ Stretcher       ☐ Ambulance         ☐ Guarded        ☐ Self
                                ☐ Ambulating                                            ☐ Other _____
                                   Person
               Call Report to: _____   Accompanying _____   ☐ Other _____

## ASSESSMENT:                                          _Explanation if Variation_

1. Skin                     Normal     ☐ _____
2. Level of Consciousness   Oriented   ☐ _____
3. Sight, Hearing, Speech   Normal     ☐ _____
4. Feeding                  Independent ☐ _____
5. Elimination              Independent ☐ _____
6. Ambulation               Independent ☐ _____
7. Bathing/Hygiene          Independent ☐ _____
8. Other          _____            ☐ _____
9. Isolation   ☐ Yes ☐ No    Type _____

## DISCHARGE ASSESSMENT BASED ON CARE PLAN/PATHWAY:   Vital Signs (prior to transfer)  T _____  P ____  R ____  BP ____
_____
_____

## SOCIAL SERVICE EVALUATION: (including family support system, patient/family understanding & attitude toward illness; identify problems )
_____
_____
_____
                                                  Signature _____

## APPOINTMENTS / CITAS
Date 11-17-99   Time 10:00   With Dr. Mackie
Date _____   Time _____   With _____
Date _____   Time _____   With _____
Patient to make appointment with. _El paciente tiene que hacer una cita con:_
_____
_____

## FOLLOW-UP BLOOD WORK AND/OR PROCEDURES
_Exámenes de Sangre y/o Procedimentos_
(Check if D/C Teaching Done)
_____
_____

                                Yes No
                                ☐  ☑  Diet Instructions Given by Dietitian? / _¿Instrucciones Dietéticas dado por un Dietista?_
                                      Diet Type/_Tipo_ _____
                                ☐  ☑  Prescriptions / _Recetas_
                                ☐  ☑  Insulin Vial(s) Given to Patient / _¿Le dieron ampolla(s) de insulina?_
                                ☐  ☑  Coumadin Booklet Given
                                ☐  ☑  Food & Drug/Drug & Drug Interaction Instructions/ Leaflets Given.

### ACTIVITY / ACTIVIDADES (List/Check if D/C Teaching Done)
☐ Up as tolerated Diet as desired
☐ _____

### HOME EQUIPMENT / EQUIPO MÉDICO (List/Check if D/C Teaching Done)
☐ _____
☐ _____

INSTRUCTIONS GIVEN IN: ☑ English ☐ Spanish

I HAVE TAKEN ALL OF MY PERSONAL BELONGINGS AND UNDERSTAND THE INSTRUCTIONS AND TEACHING GIVEN AT THE TIME OF DISMISSAL.

_HE LLEVADO TODOS MIS OBJETOS PERSONALES Y ENTIENDO LAS INSTRUCCIONES Y LA ENSEÑANZA QUE ME DIERON AL SALIR DEL HOSPITAL._

Signature of Patient/Significant Other (_Firma del Paciente/Apoderado_)        Nurse's Signature (_Firma del Enfermero_)

White - Medical Record;  Yellow - Patient  Pink - Physician        VBMC 1610-043-0199





























RESPECTFULLY SUBMITTED.

Attorney for Defendant
DOUGLAS M. McMASTER
P.O. Box 531766
Harlingen, Texas 78553
SBN 13786020
(956) 440-8080
(556) 440-7788 FAX