/3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION



NOV 2 7 2001



| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-01-029 |
| | * | (636(c)) |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## ORDER SETTING HEARING ON DEFENDANT'S UNOPPOSED MOTION TO CLARIFY SCHEDULING ORDER

ON THIS DAY CAME ON TO BE CONSIDERED Defendant's Unopposed Motion to Clarify Scheduling Order, and, after reading the motion and pleadings on file, the Court is of the opinion that said Motion should be set for hearing. It is therefore

ORDERED that Defendant's Unopposed Motion to Clarify Scheduling Order or, in the alternative, to Enlarge Time To Provide Written Reports from Defendant's Experts be, and the same is hereby, set for hearing on the __29th__ day of __November__, 2001 at __3:00__ p.m.

ENTERED THIS __27th__ day of __November__, 2001, in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:
Jaime A. Saenz
Douglas McMaster

7