14

COURTROOM MINUTES: Felix Recio Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED
NOV 29 2001
Michael N. Milby, Clerk of Court

Courtroom Clerk : M Garcia
ERO : L Garcia
CSO : D Figueroa
Law Clerk : R Byrd
Date : November 29, 2001 at 3:00 p.m.

---

CIVIL CASE NO. B-01-29

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | D McMASTER |
| VS | * | |
| MISSOURI PACIFIC RAILROAD | * | J SAENZ |

---

DEFT'S UNOPPOSED MOTION TO CLARIFY SCHEDULING ORDER

D McMaster present for the Plaintiff;
J Saenz present for the Defendant;

J Saenz addresses the Court and states a doubt as to the scheduling order;

The Court is concerned with the Plaintiff not designating experts as indicated;

J Saenz states the case may be ready by March but may need extra time for discovery;

The Court states flexibility with the discovery dates;

Court adjourned.