COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | G Mendieta | |
| CSO | : | Haroldson | |
| Law Clerk | : | R Byrd | |
| Date | : | March 7, 2002 at 2:00 p.m. | |

United States District Court
Souther... ... ... ... Texas
FILED

MAR - 7 2002

Michael N. Milby, Clerk of Court

------------------------------------------------------------

CIVIL CASE NO. B-01-29 (636(c))

Manuel Candanoza                    *              D McMaster
vs
Missouri Pacific Railroad      *              P Rodriguez
                                                 E Rodriguez
------------------------------------------------------------

## FINAL PRETRIAL

D McMaster present for the Plaintiff; P Rodriguez and E Rodriguez present for the Defendant;

D McMaster addresses the Court and states he has filed a Motion for Continuance; D McMaster states his reasons for the continuance; Atty states to the Court his license to practice in Federal Court has lapsed;

P Rodriguez states he is ready to proceed and further states he is not opposed to the Pf's Motion for Continuance;

The Court addresses the fact that D McMaster is not licensed to practice in Federal Court; The Court will recess for 5 minutes;

Court recess: 2:10 p.m.;
Court resumed: 2:15 p.m.;

The Court is requesting the record to show McMaster's appearance without license to practice in Federal Court;

The Court gives McMaster until March 29, 2002 to file a Motion for Substitution and failure to do so will result in The Motion for Summary Judgmt being granted;

Court adjourned.