United States District Court
Southern: ...
FILED

MAR - 7 2002

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MANUEL CANDANOZA**<br>Plaintiff | §<br>§<br>§<br>§ | |
| vs | § | CIVIL ACTION NO. B-01-029 |
| | §<br>§ | |
| **MISSOURI PACIFIC RAILROAD**<br>**COMPANY**<br>Defendant | §<br>§<br>§ | |

---

## PLAINTIFF'S FIRST MOTION FOR CONTINUANCE

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, MANUEL CANDANOZA, PLAINTIFF in the above styled and numbered cause, in person and through his attorney of record, the Honorable DOUGLAS M. McMASTER and files this PLAINTIFF'S FIRST MOTION FOR CONTINUANCE, and support of such motion would show the following:

### I.

Jury Selection is set to begin May 8, 2001.

### II.

MANUEL CANDANOZA moves this Court to Continue the Trial of this case in that additional time is needed to properly prepare this case for trial.

WHEREFORE, PREMISES CONSIDERED, MANUEL CANDANOZA, Plaintiff prays the Court grant this Plaintiff's First Motion to Continuance.

_____
DOUGLAS M. McMASTER
Attorney for Plaintiff
P.O. Box 531766
Harlingen, Texas 78553
SBN 13786020
(956) 440-8080 Telephone

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 7th day of March, 2002, I
have caused  a true and correct copy of this motion to be forwarded
to:
opposing counsel.

_____
DOUGLAS M. McMASTER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MANUEL CANDANOZA** | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| vs | § | CIVIL ACTION NO. B-01-029 |
| | § | |
| | § | |
| **MISSOURI PACIFIC RAILROAD** | § | |
| **COMPANY** | § | |
| Defendant | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this the _____, day of _____, 2002, came to be heard Plaintiff's Motion for Continuance, and it appears to the Court that the Motion should be GRANTED.

THEREFORE IT IS ORDERED, that the trial of this case is Continued to _____, 2002 at _____.

SIGNED FOR ENTRY on this the _____, day of _____, 2002.

_____
JUDGE PRESIDING