# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

MANUEL CANDANOZA                *
                                *
vs                              *   CIVIL ACTION NO. B-01-029
                                        (636(c))
MISSOURI PACIFIC RAILROAD CO.   *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### STATUS CONFERENCE

### July 30, 2002, @ 2:00 P.M.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

BY ORDER OF THE COURT

June 19, 2002

cc:   ALL COUNSEL