```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk     :   M Garcia
ERO                 :   G Mendieta
CSO                 :   T Yanez
Law Clerk           :   R Byrd
Date                :   July 30, 2002 at 2:00 p.m.
```

                                                                JUL 3 0 2002

                                                                Clerk of Court

CIVIL CASE NO. B-01-29 (636(c))

Manuel Candanoza                        *
vs
Missouri Pacific Railroad               *           R.P. Rodriguez

---

## STATUS CONFERENCE

The Court advises Mr Candanoza as to the procedure of the Court schedules;
The Court further states the facts of the last hearing;
The Court is concerned the Plaintiff Candanoza is present without an attorney;

Mr Candanoza advises the Court he has spoken to several attorneys, who need to see his file and is unable to obtain it;
Mr Candanoza states he was able to obtain Mr McMaster's address, but had no luck reaching him;

The Court addresses attorney Rodriguez, with the question if he can reconstruct a file for Mr Candanoza;

Attorney Rodriguez states he would be able to do so, and would be available for Mr Candanoza within 10 days;

The Court states this is to long and the Court will reconstruct the file for Mr Candanoza;

Attorney Rodriguez states he can have the discovery for Mr Candanoza by Monday;

The Court sets a Status Conference for Tuesday, September 3 at 2:00 p.m.;
The Court will be denying all motions and give the opportunity for counsel to refile;

Court adjourned.