23

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-029 |
| | § | |
| MISSOURI PACIFIC RAILROAD CO., | § | |
| Respondent. | § | |

### ORDER

Before the Court are Defendant's Motion for Clarification (Doc. # 12), Motion for Partial Summary Judgment (Doc. # 16), Motion in Limine (Doc. # 17). All of said motions are hereby DENIED. Defendant may re-file these motions at a later date. Plaintiff's Motion for Continuance (Doc. # 20) has previously been GRANTED.

DONE in Brownsville, Texas, on this the 1st day of August, 2002.

Felix Recio
United States Magistrate Judge