```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk    :  M Garcia
ERO                :  G Mendieta
CSO                :  Harolson
Law Clerk          :  R Byrd
Interpreter        :  D Hoover, present not needed
Date               :  September 3, 2002 at 02:00 p.m.
```

---

CIVIL CASE NO.  B-01-029(636(c))

| | | |
|---|---|---|
| Manuel Candanoza | * | Pro Se |
| vs | * | |
| Missouri Pacific Railroad Co. | * | R.P. Rodriguez |

---

## STATUS CONFERENCE

Plaintiff Candanoza present without counsel;
R. P. Rodriguez present for Missouri Pacific;

Pf states he has not been able to hire an attorney, but there is an attorney in San Antonio who might be interested in the case;

The Court orders a mediation in this matter and appoints Arturo Nelson as mediator;

The Court states to the Deft's attorney that Mr McMaster has officially withdrawn and can now speak to the Plaintiff as to any settlement;

The Court states the mediation is to be completed by October 31, 2002;

Court adjourned.