UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL CANDANOZA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-029 |
| § | |
| MISSOURI PACIFIC RAILROAD CO., § | |
| Respondent. § | |

### ORDER

The Court hereby ORDERS mediation in this case. Art Nelson is hereby appointed to conduct the mediation, which shall be completed no later than October 31, 2002.

DONE at Brownsville, Texas, on this the 3rd day of September, 2002.

_____
Felix Recio
United States Magistrate Judge