UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | § | |
| | § | |
| VS. | § | C.A. NO. B-01-029 |
| | § | |
| UNION PACIFIC RAILROAD CO. | § | |

## MEDIATION REPORT

This will confirm that mediation was held on Thursday, October 3, 2002 on the above referred to case. I am glad to report that mediation was successful and that the above referred to case has settled.

Respectfully submitted,

A. C. Nelson, Mediator
Federal No. 3839
State Bar No.: 14885600
LAW OFFICE OF A. C. NELSON
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601