United States District Court
Southern District of Texas
FILED

NOV 0 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-01-029 |
| | * | |
| MISSOURI PACIFIC RAILROAD | * | |
| COMPANY | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiff, MANUEL CANDANOZA, and Defendant, UNION PACIFIC RAILROAD COMPANY (improperly named as MISSOURI PACIFIC RAILROAD COMPANY in Plaintiff's Original Petition) in the above-entitled and numbered cause, appearing by and through their counsel of record, and file this their Joint Motion to Dismiss Plaintiff's causes of action against Defendant, UNION PACIFIC RAILROAD COMPANY, with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, MANUEL CANDANOZA, and Defendant, UNION PACIFIC RAILROAD COMPANY, request that the Court enter an Order dismissing all claims against UNION PACIFIC RAILROAD COMPANY, with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted by,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
Attorney-in-charge
Federal I.D. No. 7630
State Bar No. 17514859
R. Patrick Rodriguez
Federal I.D. No. 22949
State Bar No. 24002861
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78520
Telephone No. (956) 542-7441
Facsimile No. (956) 541-2170

**ATTORNEYS FOR DEFENDANT, UNION PACIFIC RAILROAD COMPANY**

ADAMS & GRAHAM, L.L.P.

By: _____
Charles J. Cilfone
Federal I.D. No. 11416
State Bar No. 04251200
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551
Telephone No.: (956) 428-7495
Telefax No.: (956) 428-2954

**ATTORNEY FOR PLAINTIFF, MANUEL CANDANOZA**

_Manuel Candanoza_
10/30/02

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

Charles J. Cilfone
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551
Telephone No.: (956) 428-7495
Telefax No.: (956) 428-2954

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the 5th day of ~~October~~ November, 2002.

_____
Jaime A. Saenz