IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL CANDANOZA | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-01-029** |
| | * | (636(c)) |
| MISSOURI PACIFIC RAILROAD COMPANY | * | |
| | * | |

### AGREED ORDER OF DISMISSAL

BE IT REMEMBERED that on this 6th day of November, 2002, Plaintiff, MANUEL CANDANOZA, and Defendant UNION PACIFIC RAILROAD COMPANY, filed a Joint Motion to Dismiss With Prejudice and the Court, after having considered said Motion, is of the opinion that it is well taken and should be granted. It is, THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiff, MANUEL CANDANOZA against Defendant, UNION PACIFIC RAILROAD COMPANY, be and the same are hereby dismissed with prejudice, with costs of court to be borne by the Party incurring same.

SIGNED this the 6th day of November, 2002.

United States Magistrate Judge

Copies to:
Charles J. Cilfone, Adams & Graham, LLP, 222 E. Van Buren, West Tower, Harlingen, TX 78550
Jaime A. Saenz, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520